(Argued March 26, affirmed April 3, rehearing denied May 22, 1928.

RETTA J. PEMBERTON *v.* CHARLES B. COP-
POCK ET AL.

(265 Pac. 1117.)

From Marion: L. H. McMAHAN, Judge.

Department 1.

AFFIRMED.    REHEARING DENIED.

For appellant there was a brief over the name of
*Mr. John H. McNary,* with an oral argument by *Mr.
William H. Trindle.*

For respondent there was a brief and oral argu-
ments by *Mr. Guy O. Smith* and *Mr. Walter C. Wins-
low.*

PER CURIAM.—We have considered all of the
points raised by appellant as well as the testimony
offered by the parties. From consideration of the
law and the testimony we are of the unanimous opin-
ion that error was not committed.

The decree is affirmed.    AFFIRMED.